IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEVIN TERRANCE DAVIS**                                               **PLAINTIFF**

**v.**                                  **No. 4:20CV55-RP**

**SUPERINTENDENT M. TURNER, ET AL.**                             **DEFENDANTS**

**ORDER GRANTING DEFENDANTS' MOTION [23]
TO FILE DEFENDANTS' LAST KNOWN ADDRESSES UNDER SEAL**

This matter comes before the court on the motion [23] by the defendants to file two defendants' last known addresses under seal out of concern for the safety of these defendants. As the document in question contains sensitive information, the instant motion [23] is **GRANTED**. The Clerk of the Court is **DIRECTED** to restrict access to the last known addresses at issue to parties only.

**SO ORDERED**, this, the 23rd day of July, 2021.

                                                            /s/ Roy Percy
                                                            UNITED STATES MAGISTRATE JUDGE