IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KEVIN TERRANCE DAVIS                                                        PLAINTIFF

v.                                                                                          No. 4:20CV55-RP

SUPERINTENDENT M. TURNER, ET AL.                                DEFENDANTS

ORDER GRANTING PLAINTIFF'S MOTION
FOR VOLUNTARY DISMISSAL OF DEFENDANT
WARDEN LEE SIMON

This matter comes before the court on the motion [33] by the plaintiff for voluntary dismissal of defendant Warden Lee Simon. As the defendants have not been ordered to answer, the instant motion [33] is **GRANTED** under Fed. R. Civ. P. 41(1)(A)(i), and defendant Simon is **DISMISSED** without prejudice from this case.

**SO ORDERED**, this, the 25th day of October, 2021.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE