IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEVIN TERRANCE DAVIS**     **PLAINTIFF**

**v.**     **No. 4:20CV55-RP**

**SUPERINTENDENT M. TURNER, ET AL.**     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 14th day of April, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE